UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,                              Case No. 3:26-cr-63

vs.

DAKOTA JONES, *et al.*,               District Judge Michael J. Newman

     Defendants.

---

**ORDER: (1) GRANTING THE GOVERNMENT'S MOTION TO UNSEAL THE CASE (Doc. No. 17); AND (2) INSTRUCTING THE CLERK OF COURT TO UNSEAL THE CASE FROM THE INDICTMENT (Doc. No. 8) FORWARD**

---

In the absence of a memorandum in opposition, or other response, by Defendant, the Court

**GRANTS** the Government's motion to unseal this case from the Indictment forward.  Doc. No.

17.  The Clerk of Court is **INSTRUCTED** to unseal the case from the Indictment (Doc. No. 8)

forward.  This Order does not preclude a party, in the future, from seeking leave of Court to file a

document under seal.

     **IT IS SO ORDERED.**

July 13, 2026                     s/*Michael J. Newman*
                                    Hon. Michael J. Newman
                                    United States District Judge