UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff, Case No. 3:26-cr-63

vs.

DAKOTA JONES, *et al.*, District Judge Michael J. Newman

Defendants.

---

**ORDER: (1) GRANTING PARTIES' JOINT MOTION TO EXTEND THE SPEEDY TRIAL DEADLINE AND CONTINUE THE TRIAL DATE (Doc. No. 63); (2) CONTINUING THE TRIAL DATE; (3) EXCLUDING THE TIME FROM JULY 28, 2026 TO NOVEMBER 2, 2026 FROM THE SPEEDY TRIAL ACT CALCULATION; (4) FINDING THAT THE SPEEDY TRIAL ACT DEADLINE IS JANUARY 5, 2027; (5) SETTING TRIAL FOR NOVEMBER 2, 2026 AT 9:30 A.M.; AND (6) REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY OCTOBER 5, 2026**

---

This criminal case is before the Court upon the parties' joint motion to extend the Speedy Trial Act deadline and continue the trial date, filed on July 28, 2026, which is before the current Speedy Trial Act deadline of September 30, 2026. Doc. No. 63. The Court construes the motion as indicating Defendants waive their rights under the Speedy Trial Act. *Id.* For good cause shown, and pursuant to the requirements of the Speedy Trial Act, the Court **GRANTS** the motion and **CONTINUES** the trial date.

The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting a continuance and that such continuance outweighs the best interest of the public and Defendants in a speedy trial. Failure to continue would deny both the Government and Defendants the time necessary for effective trial

preparation and the ability to explore all available means of resolving this case. *See* 18 U.S.C. § 3161(h)(7).

Consequently, the time from July 28, 2026 until November 2, 2026 is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the Government must bring Defendants to trial. Accounting for the time excluded from the Speedy Trial Act calculation, the new **Speedy Trial Act deadline** in the instant case is **January 5, 2027**.[1] The Court **SETS** trial for **November 2, 2026**. Finally, the Court **REQUIRES** the parties to file a joint status report by **October 5, 2026.**

**IT IS SO ORDERED.**

August 4, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

[1] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.