UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff, Case No. 3:26-cr-63

vs.

DAKOTA JONES, *et al.*, District Judge Michael J. Newman

Defendants.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION TO CONTINUE (Doc. No. 65); (2) CONTINUING THE TRIAL DATE; (3) SETTING TRIAL FOR JANUARY 11, 2027 AT 9:30 A.M.; (4) EXCLUDING THE TIME FROM SEPTEMBER 30, 2026 TO JANUARY 11, 2027 FROM THE SPEEDY TRIAL ACT CALCULATION; (5) FINDING THAT THE SPEEDY TRIAL ACT DEADLINE IS MARCH 16, 2027; AND (6) REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY DECEMBER 21, 2026**

---

This criminal case is before the Court upon the parties' joint, unopposed motion to continue, made through counsel, filed on September 30, 2026, which is before the Speedy Trial Act deadline of January 5, 2027. Doc. No. 65. In the motion, the parties request a new trial date of January 11, 2027, and indicate that a continuance is needed so that they may engage in plea negotiations and/or adequately prepare for trial. *Id*. The Court construes the motion as indicating Defendants waive their rights under the Speedy Trial Act. *Id*. For good cause shown, and pursuant to the requirements of the Speedy Trial Act, the Court **GRANTS** the motion and **CONTINUES** the trial date.

The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting a continuance and that such continuance outweighs the best interest of the public and Defendants in a speedy trial. Failure to

continue would deny both the Government and Defendants the time necessary for effective trial preparation and the ability to explore all available means of resolving this case. *See* 18 U.S.C. § 3161(h)(7).

In accordance with the parties' request, the Court hereby **SETS** trial for **January 11, 2027 at 9:30AM**. Consequently, the time from September 30, 2026 until January 11, 2027 is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the Government must bring Defendants to trial. Accounting for the time excluded from the Speedy Trial Act calculation, and the additional sixty-four days now remaining on the Speedy Trial clock, the new **Speedy Trial Act deadline** in the instant case is **March 16, 2027**.[1] Finally, the Court **REQUIRES** the parties to file a joint status report by **December 21, 2026.**

**IT IS SO ORDERED.**

October 13, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

[1] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.